IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY

| | |
|---|---|
| FRED NEKOUEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:18-cv-02316-JAR-JPO |
| | ) |
| LEAWOOD TCP, LLC, | ) |
| PAN KANSAS, LLC, and | ) |
| DICK'S SPORTING GOODS, INC. | ) |
| (OF DELAWARE) [sic], | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Fred Nekouee and Defendants Leawood TCP, LLC, Pan Kansas, LLC and Dick's Sporting Goods, Inc., and pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(ii), hereby stipulate and agree that all claims by Plaintiff Fred Nekouee against Defendants Leawood TCP, LLC, Pan Kansas, LLC and Dick's Sporting Goods, Inc., herein, are hereby dismissed with prejudice.  Each party is to bear their own costs, attorneys' fees and expenses.

LAW OFFICES OF ROBERT J. VINCZE

*s/Robert J. Vincze*
Robert J. Vincze			KS #14101
Law Offices of Robert J. Vincze
PO Box 792
Andover, KS 67002
Tel.: (303) 204-8207
Email: vinczelaw@att.net
**ATTORNEYS FOR PLAINTIFF**
**FRED NEKOUEE**

JACKSON LEWIS, P.C.

*s/ Phillip C. Thompson*
Kyle B. Russell			KS #20457

Phillip C. Thompson    KS #27575
7101 College Blvd., Suite 1200
Overland Park, KS 66210
Tel.: (931) 981-1018
Facsimile: (931) 981-1019
Email: Kyle.Russell@jacksonlewis.com
      Phillip.Thompson@jacksonlewis.com
**ATTORNEYS FOR DEFENDANT**
**PAN KANSAS, LLC**

THE FRIDKIN LAW FIRM

*s/ Joseph M. Fridkin*
Joseph M. Fridkin    KS #18625
10620 Johnson Drive, Suite 100
Shawnee, KS 66203
Tel.: (913) 248-9100
Facsimile: (913) 248-9111
Email: jfridkin@fridkinlaw.com
And
Laura Lawless Robertson
Squire Patton Boggs (US), LLP
One East Washington St., Suite 2700
Phoenix, AZ 85004
Tel.: (602) 528-4000
Email: laura.robertson@squirepb.com
**ATTORNEYS FOR DEFENDANT**
**LEAWOOD TCP. LLC**

BAKER STERCHI COWDEN & RICE, LLC

*s/ Hal D. Meltzer*
Hal Meltzer    KS #10121
David M. Eisenberg    KS #21329
51 Corporate Woods
9393 W. 110th Street, Suite 500
Overland Park, KS 66210
Tel.: (913) 451-6752
Facsimile: (816) 472-0288
Email: Meltzer@bscr-law.com
      Eisenberg@bscr-law.com
**ATTORNEYS FOR DEFENDANT**
**DICK'S SPORTING GOODS, INC.**